IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAMELA I. TRENT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:12-1262 |
| | ) | CHIEF JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TENNESSEE CLINICAL SCHOOLS, | ) | |
| LLC, d/b/a HERMITAGE HALL, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon Plaintiff's request (Docket Entry No. 3) this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___15th___ day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge